IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE EDWARD DOZIER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2812

Opinion filed October 19, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Willie Edward Dozier, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is dismissed. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

Petitioner is warned that the filing of any further successive or unauthorized pleadings concerning Duval County Circuit Court case number 16-2008-CF-014339-AXXX-MA may result in the imposition of sanctions, including but not limited to a bar on further pro se appearances before this court. See Fla. R. App. P. 9.410.

BILBREY and M.K. THOMAS, JJ., CONCUR; KELSEY, J., dissents in part with opinion.

KELSEY, J., dissenting in part.

I concur in the dismissal of the present petition, styled "The All Great Writ."  I respectfully dissent, however, as to imposing sanctions barring any additional pro se filings seeking relief from the same judgment and sentence challenged here and in at least five prior cases in this Court.  The Court issued a show-cause order under State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999).  Petitioner responded that he should be allowed many more frivolous filings before he is barred, citing cases in which we have allowed over two dozen filings determined to be without merit before entering a sanction order barring further pro se filings.  Petitioner has not yet raised any meritorious challenge to his judgment and sentence, and in response to our show cause order he has not articulated any meritorious challenges yet to be raised.  I fully respect petitioner's constitutional right of access to courts, but on these facts I conclude that his constitutional rights to access this Court have been satisfied, and I would immediately prohibit petitioner from filing any additional pro se challenges to the same judgment and sentence at issue here.